```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 06 B 16411
    PAUL J GLASKAS
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-0019

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 12/12/2006 and was confirmed 02/28/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 11/07/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                               PAID           PAID
-------------------------------------------------------------------------------
B-LINE LLC                 UNSECURED           1145.57           .00          99.40
APPLIED CARD BANK          NOTICE ONLY       NOT FILED           .00            .00
CAPITAL ONE                UNSECURED           6299.34           .00         546.58
RESURGENT CAPITAL SERVIC   UNSECURED           1631.57           .00         141.56
ECAST SETTLEMENT CORP      UNSECURED           3267.43           .00         289.75
HORSESHOE CASINO           UNSECURED         NOT FILED           .00            .00
HORSESHOE CASINO           UNSECURED         NOT FILED           .00            .00
ECAST SETTLEMENT CORP      UNSECURED           1193.86           .00         103.59
ECAST SETTLEMENT CORP      UNSECURED           1461.45           .00         126.80
ECAST SETTLEMENT CORP      UNSECURED           2455.18           .00         213.03
ORCHARD BANK               NOTICE ONLY       NOT FILED           .00            .00
MERRICK BANK               UNSECURED           1308.81           .00         113.56
RESURGENT CAPITAL SERVIC   UNSECURED           5804.31           .00         503.62
TIMOTHY K LIOU             DEBTOR ATTY        2,509.20                       855.90
TOM VAUGHN                 TRUSTEE                                           202.21
DEBTOR REFUND              REFUND                                               .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   3,196.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                         2,137.89
ADMINISTRATIVE                                      855.90
TRUSTEE COMPENSATION                                202.21
DEBTOR REFUND                                         .00
                         --------------     --------------
TOTALS                    3,196.00                3,196.00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 16411 PAUL J GLASKAS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 02/27/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```